**1158 SHERBURNE vs. BOARD OF COUNTY CANVASSERS** (Presque Isle), 45 M., 160.

To compel respondent to canvass certain votes which they had rejected, and to issue a certificate to relator of relator's

election as sheriff, where a certificate had already been issued to another.

Denied January 7, 1881.

Held, not advisable to resort to mandamus unless substantial, if not final, relief can be given.